DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: carlos.gonzalez2@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN P. SION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>　　　　Defendant.[1] | Case No.: 2:12-cv-1323-GMN-GWF<br><br>MOTION TO EXTEND TIME<br>TO FILE RESPONSE TO REQUEST<br>FOR REVERSAL OR REMAND<br>(First Request) |

   Plaintiff, Steven P. Sion, and Defendant Carolyn W. Colvin, Acting, Commissioner of Social Security, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, stipulate to extend by thirty (30) days the date upon which Defendant will file her Response to Plaintiff's Request for Remand or Reversal.

...

...

...

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is the first continuance sought by the Defendant. Defendant is compelled to request this additional time due to an usually large increase in civil actions brought against the Social Security Administration. This onslaught of cases has caused the agency's response time to be slightly delayed.

With the Court's approval, the Defendants will file their response on April 10, 2013.

Dated: March 11, 2013

                    Respectfully submitted,

                    DANIEL G. BOGDEN
                    United States Attorney
                    /s/ *Carlos A. Gonzalez*
                    Assistant United States Attorney
                    Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 13, 2013