UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Steven P. Sion, )<br>)<br>　　　　　　Plaintiff, )<br>　　vs. )<br>)<br>Commissioner of Social Security, )<br>)<br>　　　　　　Defendant. )<br>_____) | Case No.: 2:12-cv-01323-GMN-GWF<br><br>**ORDER** |

　　　　Pending before the Court is the Report and Recommendation of United States Magistrate Judge George W. Foley. (ECF No. 26.) No objections have been filed, and the deadline to object has passed. For the reasons discussed below, the Court will accept and adopt in full Judge Foley's Report and Recommendation.

　　　　This action was referred to Judge Foley pursuant to 28 U.S.C. § 636(b)(1)(B) and District of Nevada Local Rule IB 1-4. Upon consideration of Plaintiff's Motion to Remand (ECF No. 14) and the Cross-motion for Summary Judgment (ECF No. 22) filed by Carolyn W. Colvin, Acting Commissioner of Social Security, Judge Foley recommended that this Court enter an order denying the Motion to Remand and granting the Cross-motion for Summary Judgment. (R&R, ECF No. 26.)

　　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Here, no objections have been filed, and the Report and Recommendation (ECF No. 26) was entered on the docket January 6, 2014. Accordingly, the Court finds good cause to accept and adopt the Report and Recommendation in full.

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion to Remand (ECF No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that the Cross-motion for Summary Judgment (ECF No. 22) is **GRANTED**. The Clerk shall enter judgment accordingly.

DATED this 27th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court